# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1928

_____

John P. Ponder,                                           *
                                                          *
            Appellant,                                    *
                                                          *
      v.                                                  *    Appeal from the United States
                                                          *    District Court for the
Wackenhut Correctional Corporation;                       *    Eastern District of Arkansas.
Scott Grimes Unit, Correctional                           *
Facility; Roosevelt Franklin, Jr.,                        *        [UNPUBLISHED]
Correctional Officer, Captain; Larry                      *
Clark, Correctional Officer; Shane                        *
Rogers, Correctional Officer,                             *
Lieutenant; Manscow, Correctional                         *
Officer,                                                  *
                                                          *
            Appellees.                                    *

_____

Submitted: August 23, 2000
Filed: August 31, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

John Ponder, an Arkansas prisoner, appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint, without prejudice and prior to service, for failure to exhaust administrative remedies as required under 42 U.S.C. § 1997e(a). Having carefully reviewed the record, we affirm. See 8th Cir. R. 47B. We deny Ponder's motion for appointment of counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.